Leah Schwartz
Wyo. Bar. No. 7-5019
RANCK & SCHWARTZ, LLC
20 E. Simpson Avenue
Jackson, WY 83001
(307) 733-5130
leah@ranckschwartz.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, </br></br>ANIMAL WELFARE INSTITUTE, </br></br>WESTERN WATERSHEDS PROJECT, </br></br>CAROL WALKER, </br></br>KIMERLEE CURYL, </br></br>    and </br></br>CHAD HANSON, </br></br>    *Petitioners*, </br></br>    v. </br></br>TRACY STONE-MANNING, Director, </br>  U.S. Bureau of Land Management, </br></br>    and </br></br>DEB HAALAND, Secretary, </br>  U.S. Department of Interior, </br></br>    *Respondents*. | Case No. 23-CV-00084 |

## **ENTRY OF APPEARANCE**

The undersigned, Leah C. Schwartz, of the law firm of Ranck & Schwartz, LLC, hereby enters her appearance as local counsel of record for the Petitioners in this matter.

2

The information required by Local Rule 84.3 is set forth below.

Respectfully submitted this 10th day of May, 2023.

                                                                        */s/ Leah C. Schawrtz*
Leah Schwartz
Wyo. Bar. No. 7-5019
RANCK & SCHWARTZ, LLC
20 E. Simpson Avenue (FedEx/UPS)
P.O. Box 3890 (USPS)
Jackson, WY 83001
(307) 733-5130
leah@ranckschwartz.com

*Local Counsel for Petitioners*