IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| AMERICAN WILD HORSE CAMPAIGN, *et al.*, <br><br> Petitioners, <br><br> v. <br><br> TRACY STONE-MANNING, *et al.*, <br><br> Respondents. | Civ. No. 2:23-cv-00084 |

**AFFIDAVIT OF WILLIAM S. EUBANKS II**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

As required by Local Rule 84.2(b), I, William S. Eubanks II, hereby certify that the following information is true.

1. My full name is William Stewart Eubanks II, and I am the owner and managing attorney of Eubanks & Associates, PLLC. My office address is: 1629 K Street NW, Suite 300, Washington, DC. My phone number is: (970) 703-6060. My email address is: bill@eubankslegal.com.

2. I am a member in good standing of the Bar of the State of North Carolina, the State of Colorado (inactive status), and the District of Columbia. I have been a member of the North Carolina Bar since August 2007, the District of Columbia Bar since April 2009, and the Colorado Bar since March 2016. I have also been admitted to practice before the U.S. District Court for the District of Columbia since July 2009, the U.S. Court of Appeals for the District of Columbia Circuit since September 2009, the U.S. Court of Appeals for the First Circuit since December 2009, the U.S. Court of Appeals for the Eleventh Circuit since

1

October 2012, the U.S. Court of Appeals for the Seventh Circuit since April 2022, the U.S. Court of Appeals for the Fourth Circuit since June 2022, the U.S. Court of Appeals for the Second Circuit since October 2022, and the U.S. Supreme Court since January 2011.

3. I have never been disciplined by any bar, nor have I been the subject of any public sanctions.

4. I am seeking permission to practice before this Court *pro hac vice* so that I may represent the interests of my clients—Petitioners American Wild Horse Campaign, Animal Welfare Institute, Western Watersheds Project, Carol Walker, Kimerlee Curyl, and Chad Hanson—in the above-captioned matter.

5. I affirm that I will comply with and be bound by the Local Rules of this Court, and that I will be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in all proceedings relevant to this case.

6. Although I intend to take the lead in representing my clients in this matter, my local counsel will be fully prepared to represent these clients in this matter at any time, in any capacity.

Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

Dated: May 10, 2023

Respectfully submitted,

William S. Eubanks II
Eubanks & Associates, PLLC
1629 K Street NW, Suite 30
Washington, DC 20006
(970) 703-6060
bill@eubankslegal.com