**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

_____

)
AMERICAN WILD HORSE CAMPAIGN,    )
*et al.*,                                )
                                         )
            Petitioners,                 )
                                         )
v.                                       )            Civ. No.  2:23-cv-00084
                                         )
                                         )
TRACY STONE-MANNING, *et al.*,           )
                                         )
            Respondents.                 )
_____)

**AFFIDAVIT OF MATTHEW R. ARNOLD**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

As required by Local Rule 84.2(b), I, Matthew R. Arnold, hereby certify that the following information is true.

1.      My full name is Matthew Ryan Arnold and I am employed at Eubanks & Associates, PLLC. My office address is: 1629 K Street, NW, Suite 300, Washington, DC 2000. My phone number is: (843) 718-4513. My email address is: matt@eubankslegal.com

2.      I am admitted to practice and in good standing in the following United States court(s) and/or state's highest court(s): District of Columbia Court of Appeals (admitted 2019); U.S. Court of Appeals for the District of Columbia Circuit (admitted 2022); U.S. Court of Appeals for the Tenth Circuit (admitted 2021); U.S. District Court for the District of Columbia (admitted 2019); U.S. District Court for the District of Colorado (admitted 2021).

3.      I have never been disciplined by any bar, nor have I been the subject of any public sanctions.

4.      I am seeking permission to practice before this Court *pro hac vice* so that I may represent the interests of my clients—Petitioners American Wild Horse Campaign, Animal Welfare Institute, Western Watersheds Project, Carol Walker, Kimerlee Curyl, and Chad Hanson—in the above-captioned matter.

5.      I affirm that I will comply with and be bound by the Local Rules of this Court, and that I will be subject to the disciplinary jurisdiction of this Court for any alleged misconduct arising in the course of preparation and representation in all proceedings relevant to this case.

6.      Although I intend to take the lead in representing my clients in this matter, my local counsel will be fully prepared to represent these clients in this matter at any time, in any capacity.

Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

Dated: May 10, 2023                                    Respectfully submitted,

Matthew R. Arnold
Eubanks & Associates, PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(843) 718-4513
matt@eubankslegal.com