IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

|  |  |  |
|---|---|---|
| AMERICAN WILD HORSE CAMPAIGN, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) ) | |
| v. | ) ) | Civ. No. 2:23-cv-00084 |
| TRACY STONE-MANNING, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) ) | |

### **[PROPOSED] ORDER**

**THIS MATTER** comes before the Court upon the motions of counsel for the Petitioners pursuant to Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming for the purpose of admitting William S. Eubanks II and Matthew R. Arnold as *Pro Hac Vice* counsel in the District of Wyoming. The Court reviewed this matter, and finds that the motions should be granted. Accordingly,

**IT IS HEREBY ORDERED** that William S. Eubanks II and Matthew R. Arnold are hereby admitted to practice before this Court for all purposes in this matter.

**IT IS FURTHER ORDERED** that Local counsel shall be present in Court during all proceedings in connection with the case, unless excused by the Court, and shall have full authority to act for and on behalf of the client in all matters including pretrial conferences, as well as trial or any other hearings. Any notice, pleading or other paper shall be served on all counsel of record including local counsel.

**DATED** this ___ day of May, 2023        _____
                                                                    United States District Judge

1